IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lilian Fuentes-Ortega, on her own behalf and on behalf of her minor children, H.Y.L.F. and B.M.L.F.,, <br><br>Plaintiffs, <br><br>vs. <br><br>United States of America, <br><br>Defendant. | No.: CV-22-00449-PHX-DGC <br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Set Deadline for Defendant to File Responsive Pleading. Doc. 37.

**IT IS ORDERED** granting the Stipulation. Doc. 37.

**IT IS FURTHER ORDERED** that Defendant United States' responsive pleading to the First Amended Complaint is due **May 20, 2022**.

Dated this 24th day of March, 2022.

David G. Campbell
Senior United States District Judge