Daniel Werner (admitted *pro hac vice*)
RADFORD & KEEBAUGH, LLC
315 W. Ponce de Leon Ave, Suite 1080
Decatur, GA 30030
Telephone: (678)271-0300
Facsimile: (678)271-0314
Email: dan@decaturlegal.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Lilian Fuentes-Ortega, on her own behalf and on behalf of her minor children, H.Y.L.F. and B.M.L.F., <br><br> Plaintiffs, <br><br> vs. <br><br> United States of America, <br><br> Defendant | Case No.: CV-22-00449-PHX-DGC <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

Notice is hereby given that on March 23, 2023, Plaintiffs served upon Defendant United States of America Plaintiffs' First Set of Requests for Production of Documents by emailing the same to counsel for Defendant at Brock.Heathcotte@usdoj.gov. Counsel for Defendant previously agreed to accept service of this document by email only.

Respectfully submitted this day: March 23, 2023

          RADFORD & KEEBAUGH, LLC

          /s/ Daniel Werner
          Daniel Werner (*pro hac vice*)
          Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

This is to certify that on March 23, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Daniel Werner
Daniel Werner
Attorney for Plaintiffs