```
 1  GARY M. RESTAINO
    United States Attorney
 2  District of Arizona
    BROCK HEATHCOTTE
 3  Assistant U.S. Attorney
    Arizona State Bar No. 01446
 4  Two Renaissance Square
    40 North Central Avenue, Suite 1800
 5  Phoenix, Arizona 85004
    Telephone:  602-514-7500
 6  Facsimile:  602-514-7693
    Email: Brock.Heathcotte@usdoj.gov
 7  Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lilian Fuentes-Ortega, on her own behalf and on behalf of her minor children, H.Y.L.F. and B.M.L.F., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-22-00449-PHX-DGC <br><br> **NOTICE OF DEPOSITION** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 26 and 30, Defendant, United States, will take the oral deposition of witness, Lilian Fuentes-Ortega by stenographic and audio/video-recorded means before a certified court reporter, on the following date, at the following time and place:

**PERSON TO BE EXAMINED:**      Lilian Fuentes-Ortega

**DATE OF DEPOSITION:**         Monday, July 24th, 2023

**TIME OF DEPOSITION:**         9:30 A.M. (Arizona)

**PLACE OF DEPOSITION:**        **315 E. Ponce De Leon Ave., Suite 1800 Decatur, Georgia 30030 and Virtually via Zoom Meeting (Instructions for virtual attendance via Zoom will be provided prior to deposition)**

**COURT REPORTER:**             **ESQUIRE DEPOSITION**

Pursuant to Federal Rules of Civil Procedure 30(b)(2) and 34, you are further instructed to provide undersigned counsel with a copy of all documents, materials, and/or things reviewed in preparation for your deposition at least one (1) day prior to your deposition.

*Please note, this deposition will be conducted via Zoom Conferencing. A computer/laptop with a webcam is necessary and each party will need to download the Zoom app in order to access the deposition remotely. You will receive an email prior to the date of the deposition with the Zoom link to join the deposition.*

Respectfully submitted this 14th day of July, 2023.

        GARY M. RESTAINO
        United States Attorney
        District of Arizona

        *s/Brock Heathcotte*
        BROCK HEATHCOTTE
        Assistant U.S. Attorney
        *Attorneys for Defendant United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

**Daniel Werner**
**James Radford**
RADFORD & KEEBAUGH, LLC
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia 30030
dan@decaturlegal.com
*Attorneys for Plaintiffs*

*s/Allison Tambs*
U.S. Attorney's Office