Daniel Werner (admitted *pro hac vice*)
RADFORD SCOTT, LLP
315 W. Ponce de Leon Ave, Suite 1080
Decatur, GA 30030
Telephone: (678)271-0300 Facsimile: (678)271-0314
Email: dan@decaturlegal.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Lilian Fuentes-Ortega, on her own behalf and on behalf of her minor children, H.Y.L.F. and B.M.L.F.,<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>Defendant | Case No.: CV-22-00449-PHX-DGC<br><br>**AMENDED NOTICE OF DEPOSITION** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. RR. Civ. P. 26 and 30, Plaintiff Lilian Fuentes-Ortega, on her own behalf and on behalf of her minor children, H.Y.L.F. and B.M.L.F., will take the oral deposition of Anthony J. Porvaznik by stenographic and audio/video-recorded means before a certified court reporter, on the following date, at the following time and place:

**PERSON TO BE EXAMINED:**   Anthony J. Porvaznik

**DATE OF DEPOSITION:**   October 26, 2023

**TIME OF DEPOSITION:**   9:30 a.m. (Arizona)

**PLACE OF DEPOSITION:**   Office of the U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
**and virtually via Zoom meeting**
**(Instructions for virtual attendance via Zoom**
**will be provided prior to deposition)**

1

| | | |
|---|---|---|
| **COURT REPORTER:** | | **Name to be provided sufficiently in advance of the deposition to allow timely objections, if any.** |

Pursuant to Federal Rules of Civil Procedure 30(b)(2) and 34, you are further instructed to provide undersigned counsel with a copy of all documents, materials, and/or things reviewed in preparation for your deposition at least one (1) day prior to your deposition.

*Please note, this deposition will be conducted via Zoom Conferencing. A computer/laptop with a webcam is necessary and each party will need to download the Zoom app to access the deposition remotely. You will receive an email prior to the date of the deposition with the Zoom link to join the deposition.*

                                      RADFORD & KEEBAUGH, LLC

                                      /s/ Daniel Werner
                                      Daniel Werner (*pro hac vice*)
                                      Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

This is to certify that on October 5, 2023, I electronically filed the attached document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Daniel Werner
Daniel Werner
Attorney for Plaintiffs