1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  BROCK HEATHCOTTE
   Assistant U.S. Attorney
4  Arizona State Bar No. 014466
   Two Renaissance Square
5  40 North Central Avenue, Suite 1800
   Phoenix, Arizona 85004-4408
6  Telephone: (602) 514-7500
   Facsimile: (602) 514-7693
7  Email: Brock.Heathcotte@usdoj.gov
   *Attorneys for Defendant*

8

9              IN THE UNITED STATES DISTRICT COURT

10               FOR THE DISTRICT OF ARIZONA

11

12  Lilian   Fuentes-Ortega,   on   her   own      **CV-22-00449-PHX-DGC**
    behalf   and   on   behalf   of   her   minor
13  children, H.Y.L.F. and B.M.L.F.,,

                                                    **NOTICE OF SETTLEMENT**
14              Plaintiffs,

15         vs.

16  United States of America,

17              Defendant.

18

19

20         NOTICE IS HEREBY GIVEN that the parties have reached a conditional settlement

21  in this matter.  The parties will file a stipulated motion to dismiss this case with prejudice,

22  each party to bear its own costs and fees, once the minor's portion of the settlement is

    approved by a court of competent jurisdiction and the settlement funds are disbursed.
23

24         The parties respectfully request that the Court stay all case management deadlines

25  pending resolution of this matter and order a status conference in 90 days if the matter

26  has not resolved by then.

27

28

1

Respectfully submitted this November 14, 2023.

2

GARY M. RESTAINO
United States Attorney
3

District of Arizona

4

 s/Brock Heathcotte
Brock Heathcotte
5

Assistant U.S. Attorney

6

7

RADFORD SCOTT, LLP

8

/s/ Daniel Werner
Daniel Werner (*pro hac vice*)

9

*Co-Counsel for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Daniel Werner
RADFORD SCOTT, LLP
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia 30030
(678) 271-0300
dwerner@radfordscott.com

*Attorney for Plaintiffs*

*s/Allison Tambs*
U.S. Attorney's Office