# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Lilian Fuentes-Ortega, on her own behalf and on behalf of her minor children, H.Y.L.F. and B.M.L.F., | Case No.: CV-22-00449-PHX-DGC |
|---|---|
| Plaintiffs, | **ORDER APPROVING SETTLEMENT OF MINOR'S CLAIMS** |
| vs. | |
| United States of America, | |
| Defendant | |

The Court has reviewed Plaintiffs' Unopposed Motion for Court Approval of Settlement of Minor's Claims (Doc. 83), to which Defendant has no objection. For good cause,

**IT IS ORDERED:**

1. The Court approves the settlement of minor H.Y.L.F.'s claims in this Lawsuit.

2. The Court approves the allocation of the settlement proceeds as follows:

| Plaintiff | Settlement Share | Attorneys' Fees | Plaintiff's Share |
|---|---|---|---|
| Lilian Fuentes-Ortega | $50,000 | $12,500 | $37,500 |
| B.M.L.F. | $50,000 | $12,500 | $37,500 |
| H.Y.L.F. (minor) | $50,000 | $12,500 | $37,500 |

1

3. The Court approves placement of H.Y.L.F.'s portion of the Settlement into a pooled minor's trust operated by Legacy Enhancement until H.Y.L.F. reaches the age of 21.

4. Plaintiffs' counsel Daniel Werner shall coordinate with Ms. Fuentes-Ortega and Legacy Enhancement for the execution of all necessary paperwork and the funding of the pooled minor's trust on behalf of H.Y.L.F. and shall report back to the Court once funding is completed.

5. The Clerk's Office is directed to close this case.

Dated this 2nd day of February, 2024.

*David G. Campbell*
David G. Campbell
Senior United States District Judge